**Reginald P. BURGESS, Plaintiff–Appellant,**

v.

**Gary M. RUTTENBURG; et al., Defendants–Appellees.**

No. 02–55892.

D.C. No. CV–02–01043–DDP.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2003.*

Decided April 17, 2003.

Before BROWNING, RYMER, and KLEINFELD, Circuit Judges.

MEMORANDUM**

Reginald P. Burgess appeals pro se the district court's judgment dismissing with prejudice his action challenging a state court order appointing a probate conservator. Burgess contends the district court erred by vacating his notice of voluntary dismissal under Fed.R.Civ.P. 41(a)(1)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo whether the district court may vacate a voluntary dismissal. *Amer. Soccer Co. v. Score First Enters.,* 187 F.3d 1108, 1109–10 (9th Cir. 1999). We reverse and remand.

Because Burgess filed a notice of voluntary dismissal before defendants filed an answer or moved for summary judgment, he had an "absolute right" to a dismissal without prejudice and without judicial involvement. *See id.* at 1110. Therefore, we reverse the judgment dismissing with prejudice and order the case dismissed without prejudice. *See id.* at 1112.

Burgess's request for judicial notice is denied.

Each party shall bear its own costs on appeal.

**VACATED AND REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Burgess's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.